UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA COLE, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. No. 07-1826 (RWR) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time – to December 3, 3007 – to respond to the complaint herein.

This action involves sixteen Plaintiffs' claims for the recovery of attorneys' fees under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. 1400 et seq. ("IDEIA").

To allow the parties to continue to work on the possibility of settling all of the Plaintiffs' claims herein before embarking on the preparation and filing of pleadings that may not ultimately be necessary, the Defendants respectfully request that this Court enlarge the time to file their response to the complaint herein.

Counsel for the Plaintiffs has consented to a grant of this motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

November 1, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIA COLE, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. No. 07-1826 (RWR) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 6(b)(1), Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA COLE, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. No. 07-1826 (RWR) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## ORDER

On consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, filed November 1, 2007, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of November 2007,

ORDERED, that the Defendants' motion is granted; and it is

FURTHER ORDERED, that the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including December 3, 2007.

_____
United States District Court Judge

4