**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| MARIA COLE, et al., | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 07-1826 (RWR) |
| | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS' SECOND CONSENT MOTION**
**FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for a second enlargement of time – to January 4, 2008 – to respond to the complaint herein.

This action involves sixteen Plaintiffs' claims for the recovery of attorneys' fees under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. 1400 et seq. ("IDEIA").

To allow the parties to continue to work on settling all of the Plaintiffs' claims herein, the Defendants respectfully request that this Court enlarge the time to file their response to the complaint in the event that one is necessary.

Counsel for the Plaintiffs has consented to a grant of this motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

December 3, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARIA COLE, et al.,** | **:** |
| | **:** |
| | **:** |
| | **:** |
| **Plaintiffs,** | **:** |
| | **:** |
| **v.** | **:**  **Civ. No. 07-1826 (RWR)** |
| | **:** |
| **DISTRICT OF COLUMBIA, et al.,** | **:** |
| | **:** |
| **Defendants.** | **:** |
| | **:** |

## MEMORANDUM OF POINTS AND AUTHORITIES

In support of Defendants' Second Consent Motion For Enlargement Of Time To Respond To Complaint, the Defendants herein submit and rely upon the following authorities:

1. Rule 6(b)(1), Federal Rules of Civil Procedure.
2. Consent of the parties.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

**/s/ Amy Caspari**
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

December 3, 2007

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MARIA COLE, et al.,** | : |
| | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| **v.** | :   **Civ. No. 07-1826 (RWR)** |
| | : |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| | : |
| **Defendants.** | : |
| | : |

**ORDER**

On consideration of the Defendants' Second Consent Motion For Enlargement Of Time To Respond To Complaint, filed December 3, 2007, and it appearing that a grant of that motion would be just and proper, it is, this _____ day of December 2007,

ORDERED, that the Defendants' motion is granted; and it is

FURTHER ORDERED, that the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including January 4, 2008.

_____
United States District Court Judge