UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIA COLE, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. No. 07-1826 (RWR) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

**JOINT MOTION FOR CONSENT JUDGEMENT**

The parties jointly move this court to approve the attached Consent Judgment awarding attorney fees and costs for D.C., J.D., L.H., S.L., T.L., B.P., D.E., R.M., V.R., A.J., K.M., R.P., K.Y., K.W., D.W., B.F., and dismissing this case with prejudice.

On October 10, 2007, sixteen named plaintiffs filed a Complaint for reimbursement of attorneys' fees and costs, claiming that they were "prevailing parties" in administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA").

The parties agree that the following awards are in settlement of any and all claims relating to the June 29, 2007 Complaint for attorneys' fees and costs:

- $3,000.00 in settlement of the attorneys' fees claims of D.C., and $250.00 in settlement of costs,

- $3,000.00 in settlement of the attorneys' fees claims of J.D., and $250.00 in settlement of costs,

1

- $3,000.00 in settlement of the attorneys' fees claims of L.H., and $250.00 in settlement of costs,

- $1,750.00 in settlement of the attorneys' fees claims of S.L., and $250.00 in settlement of costs,

- $4,000.00 in settlement of the attorneys' fees claims of T.L., and $250.00 in settlement of costs,

- $700.00 in settlement of the attorneys' fees claims of B.P., and $210.00 in settlement of costs,

- $1,250.00 in settlement of the attorneys' fees claims of D.E., and $250.00 in settlement of costs,

- $3,000.00 in settlement of the attorneys' fees claims of R.M., and $250.00 in settlement of costs,

- $4,000.00 in settlement of the attorneys' fees claims of V.R., and $250.00 in settlement of costs,

- $3,250.00 in settlement of the attorneys' fees claims of A.J., and $250.00 in settlement of costs,

- $2,250.00 in settlement of the attorneys' fees claims of K.M., and $250.00 in settlement of costs,

- $2,250.00 in settlement of the attorneys' fees claims of R.P., and $250.00 in settlement of costs,

- $4,000.00 in settlement of the attorneys' fees claims of K.Y., and $250.00 in settlement of costs,

- $1,000.00 in settlement of the attorneys' fees claims of K.W., and $250.00 in settlement of costs, and $250.00 in settlement of costs,

- $3,000.00 in settlement of the attorneys' fees claims of D.W., and $250.00 in settlement of costs,

- $3,250.00 in settlement of the attorneys' fees claims of B.F., and $250.00 in settlement of costs.

Furthermore, the parties agree that since there are no other remaining claims, this case should be dismissed with prejudice.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Edward P. Taptich*
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

| /s/*Roxanne Neloms* | /s/ *Amy Caspari* |
|---|---|
| Roxanne Neloms [478157] | AMY CASPARI [#488968] |
| Brown & Associates | Assistant Attorney General |
| 1220 L St. N.W., #700 | 441 Fourth Street, N.W., 6th Fl. S |
| Washington, D.C. 20005 | Washington, D.C. 20001 |
| (202) 742-2022 | (202) 724-7794 |
| rneloms@jeblaw.biz | amy.caspari@dc.gov |
| Attorney for Plaintiffs | Attorney for Defendants |

December 10, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA COLE, et al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civ. No. 07-1826 (RWR) |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| **Defendants.** | : |

**CONSENT JUDGMENT**

Upon consideration of the parties' December 10, 2007, Joint Motion for Consent Judgment, it is on this _____ day of _____, 2007, hereby

**ORDERED,** that Plaintiff D.C. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff J.D. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff L.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff S.L. is awarded $1,750.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff T.L. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff B.P. is awarded $700.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $210.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff D.E. is awarded $1,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff R.M. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff V.R. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff A.J. is awarded $3,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff K.M. is awarded $2,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff R.P. is awarded $2,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff K.Y. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff K.W. is awarded $1,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff D.W. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff B.F. is awarded $3,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that the Defendants will pay the amount awarded by this Order to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves all the remaining issues in this case; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge