UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA COLE, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. No. 07-1826 (RWR) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

**CONSENT JUDGMENT**

Upon consideration of the parties' December 10, 2007, Joint Motion for Consent Judgment, it is on this __17th__ day of __December__, 2007, hereby

**ORDERED,** that Plaintiff D.C. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff J.D. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff L.H. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff S.L. is awarded $1,750.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff T.L. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff B.P. is awarded $700.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $210.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff D.E. is awarded $1,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff R.M. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff V.R. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff A.J. is awarded $3,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff K.M. is awarded $2,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff R.P. is awarded $2,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff K.Y. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff K.W. is awarded $1,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff D.W. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that Plaintiff B.F. is awarded $3,250.00 in settlement of any and all claims herein for attorneys' fees, and is awarded $250.00 in costs, and it is

**FURTHER ORDERED,** that the Defendants will pay the amount awarded by this Order to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves all the remaining issues in this case; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge